JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARKER SR., <br><br> Plaintiff, <br><br> v. <br><br> MERAGON FINANCIAL SERVICES, INC., <br><br> Defendant. | Case No. 5:21-cv-00677-JGB-SHK <br><br> **ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE ON THE MERITS** |

Plaintiff, MICHAEL PARKER SR. and Defendant, MERAGON FINANCIAL SERVICES, INC., having filed with this Stipulation for Dismissal with prejudice on the merits and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. The Stipulation is approved. The action MERAGON FINANCIAL SERVICES, INC. is hereby dismissed with prejudice on the merits. Each party shall bear its own costs and attorney fees.

DATED: January 26, 2022



UNITED STATES DISTRICT JUDGE

1